# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 14, 2013

## NO. 03-12-00337-CV

**Jody Albrecht, Appellant**

**v.**

**Edgar H. Albrecht, Jr., Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

**THIS DAY** came on to be submitted to this Court appellant's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.